Dismissed and Memorandum Opinion filed October 27, 2005









Dismissed and Memorandum Opinion filed October 27,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00468-CV

____________

 

B.J.
ATKINS, M.D., Appellant

 

V.

 

JENNIFER
BRASSELL AND HUSBAND, MARK BRASSELL, HUNTSVILLE MEMORIAL HOSPITAL, CHRIS
MURPHY, L.V.N., CINDY NICOLAS, R.N., and 

WALKER COUNTY HOSPITAL
DISTRICT, Appellees

________________________________________________________________

 

On Appeal
from the 12th District Court

 Walker County, Texas

Trial
Court Cause No. 22,390

________________________________________________________________

 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 11, 2005.

On October 11, 2005, the parties filed a motion to dismiss
the appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

 








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 27, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.